**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dana J. CLAIBORNE, a/k/a D,
Defendant—Appellant.**

No. 12–6549.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Dana J. Claiborne, Appellant Pro Se. Angela Mastandrea–Miller, Assistant Unit-

ed States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dana J. Claiborne appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Claiborne,* No. 3:06–cr–00240–JAG–1 (E.D.Va. Mar. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*